950

**Walter Bryne ELLER, Jr., Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 21115.

United States Court of Appeals Fifth Circuit.

Oct. 29, 1965.

Walter Bryne Eller, Jr., in pro. per.

Robert E. Hauberg, U. S. Atty., Jackson, Miss., E. Donald Strange, Asst. U. S. Atty., Jackson, Miss., for appellee.

Before JONES, WISDOM and GEWIN, Circuit Judges.

PER CURIAM:

The record on this appeal does not disclose any prejudicial error. The judgment of the district court is

Affirmed.

**Walter Woodson KOLOMYSKI, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 21917.

United States Court of Appeals Fifth Circuit.

Oct. 22, 1965.

Steadman S. Stahl, Jr., Fort Lauderdale, Fla., for appellant.

Clinton Ashmore, U. S. Atty., C. W. Eggart, Jr., Stewart J. Carrouth, Asst. U. S. Attys., Tallahassee, Fla., for appellee.

Before JONES and BELL, Circuit Judges and JOHNSON, District Judge.

PER CURIAM:

We have carefully considered the testimony alleged to have constituted error in the context of the trial and conclude that it was not such a prejudicial error as would require reversal.

Affirmed.

**James X. C. LONG, Appellant,**

v.

**Olin G. BLACKWELL, Warden, United States Penitentiary, Lewisburg, Pa.**

No. 15385.

United States Court of Appeals Third Circuit.

Submitted Nov. 2, 1965.

Decided Nov. 8, 1965.

James X. C. Long, pro se.

Harry A. Nagle, Asst. U. S. Atty., Lewisburg, Pa. (Bernard J. Brown, U. S. Atty., Scranton, Pa., on the brief), for appellee.

Before STALEY and FREEDMAN, Circuit Judges, and COHEN, District Judge.

PER CURIAM.

This is an appeal from an order of the District Court denying injunctive relief.

Since the appeal is prosecuted pro se by appellant we have carefully examined the record, as well as the briefs, and on full consideration find that the decision of the court below was free from error.

The judgment will be affirmed.